```
          UNITED STATES DISTRICT COURT
       SOUTHERN DISTRICT OF WEST VIRGINIA
                  AT CHARLESTON
```

**UNITED STATES OF AMERICA**

v.                               CRIMINAL ACTION NO. 2:11-00142

**SARGIS TADEVOSYAN**

<u>MEMORANDUM OPINION AND ORDER</u>

Pending is defendant's Motion for New Trial, filed November 17, 2011, and the government's response thereto, filed December 5, 2011.

The defendant seeks new trial on the grounds that the court "failed to properly instruct the jury regarding `specific intent'" and "failed to suppress illegally seized photographs."

First, the court's instructions on specific intent were comprehensive and accurate as given.  Second, the court appropriately denied the defendant's motion to suppress the photographs as set forth in the court's Memorandum Opinion and Order entered on November 2, 2011.  The court further observes that when the photographs were admitted in evidence at trial, the defendant did not object to their admission.

It is, accordingly, ORDERED that the defendant's Motion for New Trial be, and it hereby is, denied.

**The Clerk is directed to forward copies of this memorandum opinion and order to the defendant, all counsel of record, the United States Probation Department and the United States Marshal.**

DATED: January 30, 2012

John T. Copenhaver, Jr.
United States District Judge